**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-7105**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

RONESHA GREENE-MCNEIL,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Louise W. Flanagan, District Judge.  (7:22-cr-00025-FL-1)

_____

Submitted:  May 15, 2025                                    Decided:  May 20, 2025

_____

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Ronesha Greene-McNeil, Appellant Pro Se.  Andrew Kasper, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronesha Greene-McNeil appeals the district court's order denying her 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. We review the denial of compassionate release for abuse of discretion. *United States v. Centeno-Morales*, 90 F.4th 274, 280 (4th Cir. 2024). "In doing so, we ensure that the district court has not acted arbitrarily or irrationally, has followed the statutory requirements, and has conducted the necessary analysis for exercising its discretion." *United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023) (internal quotation marks omitted). "To grant a compassionate release motion, the district court must conclude that the prisoner is eligible for a sentence reduction because [s]he has shown extraordinary and compelling reasons supporting relief, and that release is appropriate under the 18 U.S.C. § 3553(a) sentencing factors, to the extent those factors are applicable." *Id.* at 128 (cleaned up).

We discern no abuse of discretion in the district court's denial of Greene-McNeil's compassionate release motion. The court found that Greene-McNeil presented an extraordinary and compelling reason for relief, but it ultimately concluded that her continued incarceration was necessary to serve the § 3553(a) factors. In doing so, the court adequately addressed Greene-McNeil's circumstances, arguments, and rehabilitation, and it thoroughly explained why the § 3553(a) factors supported its decision.

We therefore affirm the district court's order. *United States v. Greene-McNeil*, No. 7:22-cr-00025-FL-1 (E.D.N.C. Nov. 7, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*